| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Tyson M. Takeuchi #177419<br>LAW OFFICE OF TYSON M. TAKEUCHI<br>1100 Wilshire Blvd., Suite 2606<br>Los Angeles, CA 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com | |
| ☐ Individual *appearing without an attorney*<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LaRhonda Deshun Hackett, | CASE NO.: 2:13-bk-36868-WB<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Debtor's Objection to Claim 4 of Santander Consumer USA Inc |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled Order on Debtor's Objection to Claim 4 of Santander Consumer USA, Inc.

was lodged on (*date*) 03/25/2014 and is attached. This order relates to the motion which is docket number 12.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT 1

Tyson M. Takeuchi, SBN 177419
LAW OFFICE OF TYSON M. TAKEUCHI
1100 Wilshire Boulevard, Suite 2606
Los Angeles, California 90017
Tel 213.637.1566
Fax 888.977.6310
tyson@tysonfirm.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | ) ) Case No.: 2:13-bk-36868-WB |
|---|---|
| LaRhonda Deshun Hackett, | ) ) Chapter 13 |
| Debtor. | ) ) ORDER ON DEBTOR'S OBJECTION TO ) ) CLAIM 4 OF SANTANDER CONSUMER USA ) ) INC |
| | ) ) Hearing Information: ) ) DATE: March 12, 2014 ) ) TIME: 1:30 p.m. ) ) CTRM: 1375, Thirteenth Floor ) )         U.S. Bankruptcy Court ) )         255 East Temple Street ) )         Los Angeles, CA 90012 |

On January 24, 2014, Debtor LaRhonda Deshun Hackett ("Debtor") moved for an order reclassifying Claim No. 4 as a secured claim in the amount of $7,652.00, the fair market value of the underlying collateral, a 2008 Nissan Altima, and the remaining balance to be treated as a general unsecured claim.

The Debtor's objection to Claim No. 4 in favor of Santander Consumer USA, Inc. ("Santander") is sustained. Santander's claim will be allowed as a secured claim only in the amount of $7,652.00, and the remaining balance shall be classified as a general, unsecured claim.

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

ORDER

1 ###
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The Law Office of Tyson Takeuchi, 1100 Wilshire Boulevard, Suite 2606, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___03/25/2014___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)    ecfnc@trustee13.com
Tyson Takeuchi    tyson@tysonfirm.com, tyson@ecf.inforuptcy.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___03/25/2014___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Santander Consumer USA, Inc., PO Box 961245, Fort Worth, TX 76161
Santander Consumer USA, Inc., c/o C T Corporation Sytem, 818 West 7th St, Los Angeles, CA 90017
Santander Consumer USA, Inc., Attn: Officer, 5201 Rufe Snow Dr., North Richland Hills, TX 76180

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___03/25/2014___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE: US Bankruptcy Court, 255 East Temple Street, Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/25/2014 | Albert Pfaffman | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**