1  Tyson M. Takeuchi, SBN 177419
   LAW OFFICE OF TYSON M. TAKEUCHI
2  1100 Wilshire Boulevard, Suite 2606
   Los Angeles, California 90017
3  Tel 213.637.1566
   Fax 888.977.6310
4  tyson@tysonfirm.com

5  Attorney for Debtor

**FILED & ENTERED**

**MAR 28 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                         LOS ANGELES DIVISION

11 | In re:                          | ) Case No.: 2:13-bk-36868-WB
12 | LaRhonda Deshun Hackett,        | ) Chapter 13
13 |              Debtor.            | ) ORDER ON DEBTOR'S OBJECTION TO
                                     | ) CLAIM 4 OF SANTANDER CONSUMER USA
14 |                                 | ) INC
15 |                                 | ) Hearing Information:
                                     | ) DATE: March 12, 2014
16 |                                 | ) TIME: 1:30 p.m.
                                     | ) CTRM: 1375, Thirteenth Floor
17 |                                 | )       U.S. Bankruptcy Court
                                     | )       255 East Temple Street
18 |                                 | )       Los Angeles, CA 90012

20     On January 24, 2014, Debtor LaRhonda Deshun Hackett ("Debtor")

21 moved for an order reclassifying Claim No. 4 as a secured claim in the

22 amount of $7,652.00, the fair market value of the underlying

23 collateral, a 2008 Nissan Altima, and the remaining balance to be

24 treated as a general unsecured claim.

25     The Debtor's objection to Claim No. 4 in favor of Santander

26 Consumer USA, Inc. ("Santander") is sustained. Santander's claim will

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

ORDER

1  be allowed as a secured claim only in the amount of $7,652.00, and the
2  remaining balance shall be classified as a general, unsecured claim.

3                                    ###

Date: March 28, 2014

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

ORDER